ROSELLI GRIEGEL LOZIER & LAZZARO, PC
Mark M. Roselli, Esquire
1337 State Highway 33
Hamilton Square, New Jersey 08690
(609) 586-2257
Attorneys for Defendants

| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY ||
|---|---|
| (IN RE BAYSIDE STATE PRISON LITIGATION)<br><br>ALPHONSO BRADSHAW,<br><br>Plaintiff,<br>v.<br><br>WILLIAM H. FAUVER, et al.,<br><br>Defendants. | Civil Action No. 1:09-cv-0799<br><br>SPECIAL MASTER PROCEEDING<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE |

THIS MATTER having been brought before the Court upon Complaint of the Plaintiff, with the matter having been presented before the Special Master on September 29, 2010, with counsel for both parties appearing before the Court on that date, and upon motion of the defendants' seeking dismissal of plaintiff's claims pursuant to Fed. R. Civ. P. 52 (c) and for good cause having been shown, the Special Master entered an oral decision recommending that the District Court enter an order dismissing this matter with prejudice on September 29, 2010, thus:

IT IS HEREBY ON THIS ___12*___ DAY OF ___May___, ORDERED:

THAT the complaint and allegations brought before the Court by the Plaintiff Alphonso Bradshaw in the above-captioned matter are hereby dismissed with prejudice.

Date:

_____
HON. ROBERT B. KUGLER, U.S.D.J.